Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
Lesley F. Portnoy (SBN 304851)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiff and Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN G. CHEEHY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EKSO BIONICS HOLDINGS, INC., THOMAS LOOBY, and MAXIMILLIAN SCHEDER-BIESCHIN,<br><br>Defendants. | Case No: 3:18-cv-00212-CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE** |

Lead Plaintiff James Myers ("Myers") and Defendants Ekso Bionics Holdings, Inc., Thomas Looby, and Maximilian Scheder-Bieschin ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

## RECITALS

WHEREAS, on January 10, 2018, Plaintiff Steven G. Cheehy ("Cheehy") commenced the above-captioned action, (the "*Cheehy* Action"), against Defendants.

1    WHEREAS, on January 2, 2018, Rimon Bekhet ("Bekhet") filed an action, captioned
2 Bekhet v. Ekso Bionics Holdings, Inc., No. 1:18-cv-00001 in the United States District Court for
3 the Eastern District of New York.

4    WHEREAS, on June 15, 2018, this Court appointed James Myers ("Myers") as Lead
5 Plaintiff on behalf of a putative class of purchasers of Ekso Bionics Holdings, Inc. securities.

6    WHEREAS, on August 14, 2018, Myers filed his Consolidated Amended Class Action
7 Complaint against Defendants.

8    WHEREAS, On October 15, 2018, Defendants filed a Motion to Dismiss Lead Plaintiff's
9 Consolidated Amended Complaint (Dkt. No. 43);

10   NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

11   1.   Myers will forego filing an opposition to Defendants' Motion to Dismiss Lead
12 Plaintiff's Consolidated Amended Complaint.

13   2.   All parties will bear their own costs and expenses relating to this Case, including
14 attorneys' fees.

15   3.   This matter is dismissed with prejudice as to Lead Plaintiff James Myers and as to
16 plaintiffs Bekhet and Cheehy.

Dated: November 29, 2018            Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

*s/ Lesley F. Portnoy*
Lesley F. Portnoy (SBN 304851)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

*Co-Lead Counsel for Lead Plaintiff James Myers*

| | |
|---|---|
| | **THE ROSEN LAW FIRM, P.A.** |
| | **s/** *Laurence M. Rosen*<br>Laurence M. Rosen (SBN 219683)<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Email: lrosen@rosenlegal.com |
| | *Co-Lead Counsel for Lead Plaintiff James Myers and Plaintiff Rimon Bekhet* |
| | **POMERANTZ, LLP** |
| | s/ *Jennifer Pafiti*<br>Jennifer Pafiti (SBN 282790)<br>468 North Camden Drive<br>Beverly Hills, CA 90210<br>Telephone: 818-532-6499<br>Email: jpafiti@pomlaw.com |
| | *Counsel for Plaintiff Steven G. Cheehy* |
| Dated: November 29, 2018 | **MORRISON & FOERSTER LLP** |
| | s/ *Darryl P. Rains*<br>Darryl P. Rains<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792<br>Email: Drains@mofo.com |
| | *Counsel for Defendants Ekso Bionics Holdings, Inc., Thomas Looby, and Maximillian Scheder-Bieschin* |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: December 4, 2018

_____
The Honorable Charles R. Breyer
United States District Judge

3